# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **JOSE PATRICIO RICO RAYA,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| **v.** § | **No.  3:26-CV-00826-LS** |
| § | |
| **PAM BONDI, ATTORNEY GENERAL;** § | |
| **KRISTI NOEM, SECRETARY OF THE** § | |
| **DEPARTMENT OF HOMELAND** § | |
| **SECURITY; AND MARIA DE ANDA-** § | |
| **YBARRA, U.S. ICE FIELD OFFICE** § | |
| **DIRECTOR,** § | |
| § | |
| *Respondents*. § | |

## ORDER FOR SERVICE

Petitioner Jose Patricio Rico Raya seeks a writ of habeas corpus under 28 U.S.C. § 2241.[1]

The petition raises issues which require Respondents to show cause why the Court should not grant

the relief Petitioner seeks.[2] Therefore, the Clerk shall serve copies of the petition and this order

upon Respondents through their counsel, the United States Attorney for the Western District of

Texas. Respondents shall show cause by **April 1, 2026**, why the Court should not grant the relief

Petitioner seeks by filing an answer or other responsive pleading.[3]

**SO ORDERED**.

---

[1] ECF No. 1.

[2] *See* 28 U.S.C. § 2243.

[3] The Court extends the deadline for the government to review its records. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.").

**SIGNED** and **ENTERED** on March 25, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**